**Order entered March 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00307-CV

### IN RE JOSE P. NORIEGA, Relator

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14164**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable Phyllis Lister Brown, Judge of the 162nd District Court, to **VACATE** her February 7, 2014 Order on Petition to Investigate Potential Claim or Suit.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order. We **ORDER** that relator recover his costs of this original proceeding from real party in interest.

.

        /s/   DAVID LEWIS
            JUSTICE